**XYUAM XIM TCHIENG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–70303.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 28, 2011.

Peter Singh, Esquire, Peter Singh & Associates, P.C., Fresno, CA, for Petitioner.

Kathryn McKinney, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Xyuam Xim Tchieng, a native and citizen of France, petitions for review of the Board of Immigration Appeals' ("BIA") or-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

der denying his motion to reopen. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir.2002), and we deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Tchieng's third motion to reopen, filed over two years after the BIA's final order, as untimely and number-barred. *See* 8 C.F.R. § 1003.2(c)(2).

We lack jurisdiction to review the BIA's refusal to reopen removal proceedings sua sponte. *See Mejia–Hernandez v. Holder*, 633 F.3d 818, 823–24 (9th Cir.2011).

**PETITION FOR REVIEW DENIED, in part; DISMISSED, in part.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.